**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR272** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **LEVI BROWN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for early termination of supervised release (Filing No. 442). The motion is supported by a brief. (Filing No. 443.) The government has not responded.

The government will be ordered to respond. If no response is timely filed, the Court will assume that the government has no objection to the request for early termination.

IT IS ORDERED that the government must respond to the Defendant's motion for early termination of supervised release (Filing No. 442), filed on January 26, 2009, by filing a response on or before February 9, 2009.

DATED this 4th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge